RICHARD G. HESTON, Bar No, 90738
HALLI B. HESTON, Bar No. 90737
HESTON & HESTON, Attorneys at Law
19700 Fairchild Road, Suite 200
Irvine, CA  92612
(949) 222-1041
(949) 222-1043 Fax
rheston@hestonlaw.com

Attorneys for Debtor

**FILED & ENTERED**

**OCT 19 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** deramus  **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re: | Case No.: 8:23-bk-12046-TA |
| JEFFREY ALLEN GOMEZ, | Chapter 13 |
| Debtor. | **ORDER GRANTING MOTION TO EXTEND TIME TO FILE SCHEDULES, STATEMENT OF FINANCIAL AFFAIRS, FORM 22B, EMPLOYEE INCOME RECORD, CHAPTER 13 PLAN AND OTHER REQUIRED CHAPTER 13 DOCUMENTS** |

Having considered the Ex Parte Application of Debtor JEFFREY ALLEN GOMEZ LEACH for an Order Extending Time to File Schedules, Statement of Financial Affairs, Form 22B, Employee Income Record, Chapter 13 Plan and Other Required Chapter 13 Documents, filed on October 18, 2023 as docket entry number 12, and good cause appearing therefore,

//

//

//

//

//

1

___

**Order on Ex Parte Application for Order Extending Time to File Deficiency Documents**

IT IS ORDERED that the time for Debtor to file the Schedules, Statement of Financial Affairs, Form 22B, Employee Income Record, Chapter 13 Plan and Other Required Chapter 13 Documents, in this case is extended to November 2, 2023.

###

Date: October 19, 2023

_____
Theodor C. Albert
United States Bankruptcy Judge